IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DAWN FRAZIER,                   )
                                )
     Plaintiff,                 )
                                )      CIVIL ACTION NO.
     v.                         )        2:10cv287-MHT
                                )            (WO)
COLONIAL BANK, et al.,          )
                                )
     Defendants.                )
```

OPINION

Plaintiff Dawn Frazier filed this lawsuit against defendants Colonial Bank, Branch Banking and Trust Company (also known as BB&T), and the Federal Deposit Insurance Corporation (also known as FDIC), as receiver for Colonial Bank. Frazier claims that, while an employee of Colonial Bank, she was subjected to retaliation, a hostile-work environment, race and gender discrimination, and maternity-leave discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. §§ 1981a, 2000e to 2000e-17), and the Family and Medical Leave Act (29 U.S.C. §§ 2601-

2654).  This matter is now before the court on the recommendation of the magistrate judge that the FDIC's motion to substitute party should be granted; BB&T's motions to dismiss denied as moot; the FDIC's motion to dismiss granted; and this case dismissed in its entirety for lack of subject-matter jurisdiction.  Frazier has filed objections to the recommendation.  After an independent and de novo review of the record, the court concludes that Frazier's objections should be overruled and the magistrate judge's recommendation adopted.

    An appropriate judgment will be entered.

    DONE, this the 7th day of March, 2011.

                           /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE