IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DAWN FRAZIER,                  )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:10cv287-MHT
                               )          (WO)
COLONIAL BANK, et al.,         )
                               )
     Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Dawn Frazier's objections (doc. no. 44) are overruled.

(2) The magistrate judge's recommendation (doc. no. 43) is granted.

(3) Defendant Federal Deposit Insurance Corporation's motion to substitute party (doc. no. 27) is granted and defendant Federal Deposit Insurance Corporation is substituted for defendant Colonial Bank.

(4) Defendant Branch Banking and Trust Company's motions to dismiss and alternative motion for more definite statement (doc. nos. 17 and 23) are denied as moot.

(5) Defendant Federal Deposit Insurance Corporation's motion to dismiss (doc. no. 32) is granted.

(6) This case is dismissed in its entirety for lack of subject-matter jurisdiction.

It is further ORDERED that costs are taxed against plaintiff Frazier, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of March, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE